IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| SHARON HINES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 10-cv-966-DRH |
| | ) | |
| SSM CARDINAL GLENNON | ) | |
| CHILDREN'S HOSPITAL, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

**HERNDON, Chief Judge:**

On June 6, 2011, the parties filed a stipulation for dismissal with prejudice (Doc. 14). Because of this stipulation and the previous settlement of the case, the Court therefore DISMISSES with prejudice this matter with each party to pay its own costs. The Court will close the file.

**IT IS SO ORDERED.**

Signed this 7th day of June, 2011.

Digitally signed by
David R. Herndon
Date: 2011.06.07
16:36:50 -05'00'

Chief Judge
United States District Court