IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

SHARON HINES,

      **Plaintiff,**

-vs-

**SSM CARDINAL GLENNON**
**CHILDREN'S HOSPITAL,**

      **Defendants.**            **NO. 10-CV-966-DRH**

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on June 8, 2011, this case is **DISMISSED** with prejudice. Each party shall bear their own costs.

      **NANCY J. ROSENSTENGEL,**
      **CLERK OF COURT**


      **BY:**     **/s/*Sandy Pannier***
            **Deputy Clerk**

Dated: June 8, 2011

Digitally signed by David R. Herndon
Date: 2011.06.08 09:40:32 -05'00'

APPROVED:
      CHIEF JUDGE
      U. S. DISTRICT COURT